| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Jonathan W. Carlson (SBN 10536) <br> McCormick Barstow Sheppard Wayte & Carruth LLP <br> 8337 W Sunset Road, Suite 350 <br> Las Vegas, NV 89113 <br>     Telephone No: (702) 949-1100 <br><br>     Attorney For: Plaintiff | Ref. No. or File No.: <br> NAIM 032193-000436 | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT DISTRICT OF NEVADA | | |
| Plaintiff: GEICO SECURE INSURANCE COMPANY, <br> Defendant: GUEORGUI GANTCHEV, et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 24-cv-01353 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY RELIEF; CIVIL COVER SHEET

3. a. Party served: EDWIN REYES MARTINEZ, an individual
   b. Person served: Party in Item 3a
   Desc: Hispanic , Male , Age: 30 , Hair: Black , Eyes: Brown , Height: 5'8" , Weight: 190

4. Address where the party was served: 2068 North Nellis Boulevard 219, Las Vegas, NV 89115

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jul 29 2024 (2) at: 06:29 PM

6. **Person Who Served Papers:**
   a. Deyber Jimenez (R-2022-05447, Clark)
   b. **FIRST LEGAL**
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

07/30/2024
(Date)

(Signature)



PROOF OF SERVICE

11496815
(55239956)