McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Sean E. Cortney
Nevada Bar No. 16218
  *sean.cortney@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Plaintiff GEICO Secure Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEICO SECURE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GUEORGUI GANTCHEV, an individual; GEORGES AND GEORGES LLC DBA LVC EXOTICS, a Domestic Limited-Liability Company; ADAM LEE RINEHART, an individual; EDWIN REYES MARTINEZ, an individual; NAIM ADRIAN GARCIA, an individual, MOTOR HOUSE CO LLC, a Foreign Limited-Liability Company; and DOES I-V, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01353-CDS-MDC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:  I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss this entire case.

/ / /

/ / /

/ / /

/ / /

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

August 27, 2024

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By      /s/Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Sean E. Cortney
Nevada Bar No. 16218
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Plaintiff GEICO Secure Insurance Company

032193-000436 10209504.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2024, a true and correct copy of **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/Tina M. Abrante
Tina M. Abrante, an Employee of
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP